**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH, GEORGIA, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 4:25-cv-00058-LGW-BWC |
| v. | ) ) | |
| 3M COMPANY, ET AL., | ) ) | |
| Defendants. | ) ) ) | |

**ENTRY OF APPEARANCE**

COMES NOW Andrew T. Bayman and hereby enters his appearance as counsel on behalf of Defendant 3M Company in the above-referenced matter.

Respectfully submitted, this 27th day of March, 2025.

/s/ *Andrew T. Bayman*
Andrew T. Bayman
Georgia Bar No.  043342
**KING & SPALDING, LLP**
1180 Peachtree Street, N.E.
Atlanta, GA  30309-3521
Telephone:  404-572-4600
Fax:  404-572-5100
abayman@kslaw.com

*Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE

I hereby certify that the within and foregoing ENTRY OF APPEARANCE was filed electronically with the Clerk of the Court to be served by operation of the Court's CM/ECF filing system.

This 27th day of March, 2025.

/s/ Andrew T. Bayman
Andrew T. Bayman